# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-40327 KKS  
**Case Name:** FRANKLIN, FREDDIE L, SR  
FRANKLIN, HELEN FARMER  
**Period Ending:** 12/31/14

**Trustee:** (290330) Mary W. Colon  
**Filed (f) or Converted (c):** 06/03/14 (f)  
**§341(a) Meeting Date:** 07/07/14  
**Claims Bar Date:** 11/01/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence:43 Greenlin Villa Rd, Crawfordville FL | 258,000.00 | 0.00 | | 0.00 | FA |
| 2 | Land: 1.170 acres Lot 77 on Valley Rd   listed for sale | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 3 | Land: 4-5S-2W, Location: 1026 Sopchoppy Hwy   listed for sale | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 4 | Land: 4.80 Acres on Sopchoppy Hwy   listed for sale | 4,800.00 | 4,800.00 | | 0.00 | 4,800.00 |
| 5 | Land: .228 Acres on Chippewa Rd   listed for sale | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 6 | Land: 1 Acre on Greenlin Villa Rd | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Land: 13.900 Acres on 43 Greenlin Villa Rd | 3,490.00 | 0.00 | | 0.00 | FA |
| 8 | 7.79 acres on Sopchoppy Hwy | 0.00 | 0.00 | | 0.00 | FA |
| 9 | All RE & improvements re: Estate of John Mills | Unknown | 0.00 | | 0.00 | FA |
| 10 | Cash: None | 0.00 | 0.00 | | 0.00 | FA |
| 11 | General checking account @ First Commerce CU | 2,600.00 | 0.00 | | 0.00 | FA |
| 12 | General Checking Account @ FAMU Federal CU | 0.00 | 0.00 | | 0.00 | FA |
| 13 | General Checking Account @ Bank of America | 345.30 | 0.00 | | 0.00 | FA |
| 14 | General Savings Account @ FAMU Federal CU | 2.30 | 2.30 | | 0.00 | FA |
| 15 | General Savings Account @ First Commerce CU | 230.00 | 0.00 | | 0.00 | FA |
| 16 | Furniture: 5 Bedroom sets, 3 sofas, etc. | 1,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-40327 KKS  
**Case Name:** FRANKLIN, FREDDIE L, SR  
FRANKLIN, HELEN FARMER  
**Period Ending:** 12/31/14

**Trustee:** (290330)  Mary W. Colon  
**Filed (f) or Converted (c):** 06/03/14 (f)  
**§341(a) Meeting Date:** 07/07/14  
**Claims Bar Date:** 11/01/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Appliances: Microwave, Refrigerator, stove, etc. | 300.00 | 0.00 | | 0.00 | FA |
| 18 | Household: pots & pans, dishes, sheets, towels | 200.00 | 0.00 | | 0.00 | FA |
| 19 | Audio-Video: None | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Office: Desk, chair and Computer | 150.00 | 0.00 | | 0.00 | FA |
| 21 | Collectibles: None | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Books-Music: Cookbooks | 25.00 | 0.00 | | 0.00 | FA |
| 23 | Clothes: Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 24 | Furs: None | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Jewelry: wedding ring, earrings | 200.00 | 175.00 | | 0.00 | FA |
| 26 | Sports-Hobby: None | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Firearms: None | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Insurance: Adjustable CompLife with NWM | 26,418.36 | 0.00 | | 0.00 | FA |
| 29 | Insurance: Ordinary Life (whole) with NWM | 30,869.80 | 0.00 | | 0.00 | FA |
| 30 | Retirement: Principal Funds Roth IRA | 151,540.54 | 0.00 | | 0.00 | FA |
| 31 | Retirement: Primerica Roth IRA | 18,318.46 | 0.00 | | 0.00 | FA |
| 32 | Promissory Note/mortgage from Benton & Kirk LLC | 45,396.44 | 45,396.44 | | 2,453.73 | 46,742.21 |
| 33 | Auto: 2003 Chev. Impala | 875.00 | 875.00 | | 218.76 | 656.24 |
| 34 | Auto: White, 2010 Cadillac DTS | 17,612.50 | 2,453.93 | | 613.47 | 1,840.46 |
| 35 | Auto: Black, 1999 GMC Suburban | 1,000.00 | 1,000.00 | | 249.99 | 750.01 |

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 3

**Case Number:** 14-40327 KKS  
**Case Name:** FRANKLIN, FREDDIE L, SR  
                FRANKLIN, HELEN FARMER  
**Period Ending:** 12/31/14

**Trustee:** (290330)    Mary W. Colon  
**Filed (f) or Converted (c):** 06/03/14 (f)  
**§341(a) Meeting Date:** 07/07/14  
**Claims Bar Date:** 11/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 36 | Trailer: trailer | 100.00 | 100.00 | | 24.99 | 75.01 |
| 37 | Animals: 4 goats, 6 chickens | 110.00 | 110.00 | | 27.51 | 82.49 |
| 38 | Additional equity in 2010 Cadillac<br>    per reaffirmation agreement filed 7/18/14 doc. #21 | 0.00 | 905.89 | | 226.47 | 679.42 |
| 39 | Transfers to children  (u) | Unknown | 57,600.00 | | 57,600.00 | FA |
| 40 | 2014 tax refund  (u)<br>    estimated | Unknown | 1,606.50 | | 0.00 | 1,606.50 |
| 41 | personal injury settlement  (u)<br>    settlement reached per email 1-6-15; undisclosed<br>before this time; motions and application to file | Unknown | 8,750.00 | | 0.00 | 8,750.00 |
| 41 | **Assets**    **Totals**  (Excluding unknown values) | **$570,383.70** | **$129,775.06** | | **$61,414.92** | **$71,982.34** |

**Major Activities Affecting Case Closing:**

    Promissory note collections through July 7, 2015  
    promissory note to collect from LLC or sell  
    lots to sell  
    2014 tax refund (noticed 1/5/15)  
    personal injury recovery - motion and applications to file 1-6-15 disclosed  
    estate tax return  
    TFR

    Promissory note #1: 2003 Chev. Impala ($875); equity interest in 2010 Cadillac DTS ($3,359.82); 1999 GMC Suburban ($1,000); trailer ($100); 4 goats, 6 chickens ($110).  
    Total of $5,444.82 payable at the rate of $453.73 per month.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

**Case Number:** 14-40327 KKS  
**Case Name:** FRANKLIN, FREDDIE L, SR  
FRANKLIN, HELEN FARMER  
**Period Ending:** 12/31/14

**Trustee:** (290330) Mary W. Colon  
**Filed (f) or Converted (c):** 06/03/14 (f)  
**§341(a) Meeting Date:** 07/07/14  
**Claims Bar Date:** 11/01/14

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

Commence on August 7, 2014.

Promissory note #2: addl equity in Cadillac ($905.89) payable at the rate of $75.49 per month. Commence on August 7, 2014.

**Initial Projected Date Of Final Report (TFR):** September 1, 2015  
**Current Projected Date Of Final Report (TFR):** September 1, 2015

_____  
January 12, 2015  
Date

/s/ Mary W. Colon  
_____  
Mary W. Colon

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-40327 KKS  
**Case Name:** FRANKLIN, FREDDIE L, SR  
FRANKLIN, HELEN FARMER  
**Taxpayer ID #:** **-***6959  
**Period Ending:** 12/31/14  

**Trustee:** Mary W. Colon (290330)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $10,276,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/05/14 | | Franklin, Helen | Acct #1; Payment #1; note payment | | 378.24 | | 378.24 |
| | {33} | | Acct #1; Payment #1;   72.92<br>note payment | 1129-000 | | | 378.24 |
| | {34} | | Acct #1; Payment #1;   204.49<br>note payment | 1129-000 | | | 378.24 |
| | {35} | | Acct #1; Payment #1;   83.33<br>note payment | 1129-000 | | | 378.24 |
| | {36} | | Acct #1; Payment #1;   8.33<br>note payment | 1129-000 | | | 378.24 |
| | {37} | | Acct #1; Payment #1;   9.17<br>note payment | 1129-000 | | | 378.24 |
| 08/05/14 | | Franklin, Helen | Acct #3; Payment #1, 2; Benton & Kirk LLC promissory note payments | | 1,000.00 | | 1,378.24 |
| | {32} | | Acct #3; Payment #1;   500.00<br>Acct #3; Payment #1, 2;<br>Benton & Kirk LLC<br>promissory note<br>payments | 1129-000 | | | 1,378.24 |
| | {32} | | Acct #3; Payment #2;   500.00<br>Acct #3; Payment #1, 2;<br>Benton & Kirk LLC<br>promissory note<br>payments | 1129-000 | | | 1,378.24 |
| 08/07/14 | {38} | Franklin, Helen | Acct #2; Payment #1; note payment | 1129-000 | 75.49 | | 1,453.73 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,443.73 |
| 09/08/14 | | Franklin, Helen | note payment | 1129-000 | 453.73 | | 1,897.46 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,887.46 |
| 10/08/14 | {32} | Franklin, Helen | Acct #3; Payment #3; Benton & Kirk Note | 1129-000 | 500.00 | | 2,387.46 |

**Subtotals :**     **$2,407.46**     **$20.00**

{} Asset reference(s)     Printed: 01/12/2015 10:24 AM     V.13.20

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-40327 KKS
**Case Name:** FRANKLIN, FREDDIE L, SR
FRANKLIN, HELEN FARMER
**Taxpayer ID #:** **-***6959
**Period Ending:** 12/31/14

**Trustee:** Mary W. Colon (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******0566 - Checking Account
**Blanket Bond:** $10,276,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 10/08/14 | | Franklin, Helen | note payment | | | 453.73 | | 2,841.19 |
| | {38} | | Acct #2; Payment #2 | 75.49 | 1129-000 | | | 2,841.19 |
| | {33} | | Acct #1; Payment #2 | 72.92 | 1129-000 | | | 2,841.19 |
| | {34} | | Acct #1; Payment #2 | 204.49 | 1129-000 | | | 2,841.19 |
| | {35} | | Acct #1; Payment #2 | 83.33 | 1129-000 | | | 2,841.19 |
| | {36} | | Acct #1; Payment #2 | 8.33 | 1129-000 | | | 2,841.19 |
| | {37} | | Acct #1; Payment #2 | 9.17 | 1129-000 | | | 2,841.19 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 2,831.19 |
| 11/13/14 | | Franklin, Freddie | note payment | | | 453.73 | | 3,284.92 |
| | {38} | | Acct #2; Payment #3 | 75.49 | 1129-000 | | | 3,284.92 |
| | {33} | | Acct #1; Payment #3 | 72.92 | 1129-000 | | | 3,284.92 |
| | {34} | | Acct #1; Payment #3 | 204.49 | 1129-000 | | | 3,284.92 |
| | {35} | | Acct #1; Payment #3 | 83.33 | 1129-000 | | | 3,284.92 |
| | {36} | | Acct #1; Payment #3 | 8.33 | 1129-000 | | | 3,284.92 |
| | {37} | | Acct #1; Payment #3 | 9.17 | 1129-000 | | | 3,284.92 |
| 11/13/14 | {32} | Franklin, Freddie | Acct #3; Payment #4; note payment | | 1129-000 | 500.00 | | 3,784.92 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,774.92 |
| 12/15/14 | {32} | Franklin, Helen | Acct #3; Payment #5; note payments | | 1129-000 | 453.73 | | 4,228.65 |
| 12/15/14 | {39} | Franklin, Freddie | settlement of 1/2 interest in Wakulla County properties | | 1241-000 | 57,600.00 | | 61,828.65 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 47.90 | 61,780.75 |

Subtotals :    $59,461.19    $67.90

{} Asset reference(s)

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 14-40327 KKS
**Case Name:** FRANKLIN, FREDDIE L, SR
FRANKLIN, HELEN FARMER
**Taxpayer ID #:** **-***6959
**Period Ending:** 12/31/14

**Trustee:** Mary W. Colon (290330)
**Bank Name:** Rabobank, N.A.
**Account:** ******0566 - Checking Account
**Blanket Bond:** $10,276,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **61,868.65** | **87.90** | **$61,780.75** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **61,868.65** | **87.90** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$61,868.65** | **$87.90** | |

Net Receipts :   61,868.65

Net Estate :   $61,868.65

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0566** | 61,868.65 | 87.90 | 61,780.75 |
| | **$61,868.65** | **$87.90** | **$61,780.75** |

January 12, 2015
_____
Date

/s/ Mary W. Colon
_____
Mary W. Colon

{} Asset reference(s)    Printed: 01/12/2015 10:24 AM    V.13.20