UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                              CASE NO. 14-40327-KKS
                                                    CHAPTER 7
FRANKLIN, FREDDIE L, SR
FRANKLIN, HELEN FARMER,

     Debtor(s).
_____/

### TRUSTEE'S REPORT OF SALE (re Doc. 54)

**COMES NOW** Mary W. Colón, Chapter 7 Trustee, hereby files her Report of Sale, and states the following:

1. On 7/20/15, the Trustee noticed her intention to sell property of the estate as described in said Notice of Intent to Sell Real Property (Doc. 54), and Motion to Sell Real Property Subject to Any and All Liens, Encumbrances, and Interests (Doc. 55).

2. The Trustee received no objections to the sale.

3. An Order Granting Motion to Sell was issued on 8/31/15 (Doc. 62).

4. Accordingly, the Trustee hereby acknowledges the consummation of each sale to the purchaser(s) with any and all appropriate documents having been delivered to the purchaser(s). A copy of the Settlement Statement is attached as Exhibit "A".

4. The Trustee further acknowledges that the sum of $6,459.71 has been deposited into the Estate's account.

DATED: September 29, 2015.

/s/ Mary W. Colón
MARY W. COLÓN
Florida Bar No. 0184012
Post Office Box 14596
Tallahassee, Florida 32317
Telephone: (850) 241-0144
Fax: (850) 702-0735
trustee@marycolon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic mail to: to Charles Edwards, Esq., Office of the U.S. Trustee, 110 E. Park Avenue, Room 128, Tallahassee, Florida 32301 on September 29, 2015.

/s/ Mary W. Colón
Mary W. Colón

| A. Settlement Statement | U.S. Department of Housing and Urban Development |
|---|---|
| B. Type of Loan | OMB Approval No. 2502-0265 |

| 1. ☐FHA   2. ☐FmHA   3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 4. ☐VA    5. ☐Conv. Ins. | 20141970LAW | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for information purposes and are not included in the totals.
WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 09/23/2015 at 11:59 LAG

| D. NAME OF BORROWER: | GOLDEN CONSTRUCTION COMPANY, INC. |
|---|---|
| ADDRESS: | 385 OAKWOOD TRAIL, CRAWFORDVILLE, FL 32327 |
| E. NAME OF SELLER: | MARY W. COLON AS TRUSTEE UNDER BANKRUPTCY CASE FREDDIE L. FRANKLIN, SR. AND HELEN FARMER FRANKLIN, DEBTORS IN BANKRUPTCY UNDER CASE NUMBER 14-40327KKS PENDING IN THE U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF FLORIDA |
| ADDRESS: | PO BOX 14596, TALLAHASSEE, FL 32317 |
| F. NAME OF LENDER: | CASH |
| ADDRESS: | |
| G. PROPERTY ADDRESS: | LOT 77 VALLEY ROAD, Tallahassee, FL 32301   LOT 77 |
| H. SETTLEMENT AGENT: | Smith, Thompson & Shaw |
| PLACE OF SETTLEMENT: | Fourth Floor, 3520 Thomasville Rd., Tallahassee, Fl. 32309 |
| I. SETTLEMENT DATE: | 09/24/2015 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---:|---|---:|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 7,500.00 | 401. Contract sales price | 7,500.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 894.78 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 8,394.78 | **420. GROSS AMOUNT DUE TO SELLER** | 7,500.00 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 1,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | | 502. Settlement charges to seller (line 1400) | 965.08 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of First Mortgage Loan | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 211. County taxes   01/01/15 to 09/24/15 | 75.21 | 511. County taxes   01/01/15 to 09/24/15 | 75.21 |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 1,075.21 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 1,040.29 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 8,394.78 | 601. Gross amount due to seller (line 420) | 7,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | 1,075.21 | 602. Less reduction amount due seller (line 520) | 1,040.29 |
| **303. CASH FROM BORROWER** | 7,319.57 | **603. CASH TO SELLER** | 6,459.71 |



EXHIBIT "A"

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
**SETTLEMENT STATEMENT**

File Number: 1970
TitleExpress Settlement System  Printed 09/23/2015 at 11:59 LAG
PAGE 2

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $7,500.00 @ 10.000 = 750.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $ 375.00 to KELLER WILLIAMS TOWN & COUNTRY REALTY | | |
| 702. $ 375.00 to COASTWISE REALTY INC | | |
| 703. Commission paid at Settlement | | 750.00 |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. Loan Origination Fee % | | |
| 802. Loan Discount % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Application Fee | | |
| 807. Assumption Fee | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. Interest From to @$ /day | | |
| 902. Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for to | | |
| 904. | | |
| 905. | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001. Hazard Insurance mo. @ $ /mo | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | |
| 1003. City Property Tax mo. @ $ /mo | | |
| 1004. County Property Tax mo. @ $ 8.60 /mo | | |
| 1005. Annual Assessments mo. @ $ /mo | | |
| 1009. Aggregate Analysis Adjustment | | |
| **1100. TITLE CHARGES** | | |
| 1101. Settlement or closing fee to SMITH THOMPSON | 495.00 | |
| 1102. Abstract or title search to FIRST AMERICAN TITLE INSURANCE | 125.00 | |
| 1103. Title examination | | |
| 1104. Title insurance binder | | |
| 1105. Document Preparation | | |
| 1106. Notary Fees | | |
| 1107. Attorney's fees | | |
| (includes above items No: ) | | |
| 1108. Title Insurance to SMITH THOMPSON | 100.00 | |
| (includes above items No: ) | | |
| 1109. Lender's Policy NONE | | |
| 1110. Owner's Policy 7,500.00 - 100.00 | | |
| 1111. STATE TITLE POLICY SURCHARGE FIRST AMERICAN TITLE | 3.28 | |
| 1112. | | |
| 1113. | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. Recording Fees Deed $ 171.50 ; Mortgage $ ; Release $ | 171.50 | |
| 1202. City/County tax/stamps Deed $52.50 ; Mortgage $ | | 52.50 |
| 1203. State Tax/stamps Deed $ ; Mortgage $ | | |
| 1204. RECORD SAT IN CORRECT COUNTY CLERK OF CIRCUIT COURT | | 10.00 |
| 1205. | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1303. TAXES to TAX COLLECTOR | | 152.58 |
| 1304. | | |
| 1305. | | |
| 1306. | | |
| 1307. | | |
| 1308. | | |
| **1400. TOTAL SETTLEMENT CHARGES** (enter on lines 103, Section J and 502, Section K) | 894.78 | 965.08 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

GOLDEN CONSTRUCTION COMPANY, INC.

MARY W. COLSON, AS TRUSTEE UNDER BANKRUPTCY CASE FREDDIE L. FRANKLIN, SR. AND HELEN FARMER FRANKLIN, DEBTORS IN BANKRUPTCY UNDER CASE NUMBER 14-40327KKS PENDING IN THE U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF FLORIDA

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By: _____  9/24/2015
          DATE