**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| IN RE:<br>FRANKLIN, FREDDIE L, SR<br>FRANKLIN, HELEN FARMER,<br><br>Debtor(s) | CASE NO. 14-40327-KKS<br>CHAPTER 7 |

**ORDER APPROVING APPLICATION FOR**
**COMPENSATION TO SPECIAL COUNSEL (Doc. 56)**

**THIS CAUSE** came before this Court on the Application for Compensation to Special Counsel (Doc. 56), and notice having been given to all creditors, a hearing held, and no objections being filed, and the Court being fully advised in the premises, it is

ORDERED that the Application is APPROVED. Gary A. Roberts & Associates is awarded attorney's fees in the amount of $2,916.37 and expenses in the amount of $2,587.45 and the trustee is directed to pay such fees as an administrative expense.

DONE AND ORDERED on October 1, 2015.

_____
KAREN K. SPECIE
U.S. Bankruptcy Judge

Prepared by:
Mary W. Colón, Esq.

Trustee Mary Colón is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.