UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:
FRANKLIN, FREDDIE L, SR
FRANKLIN, HELEN FARMER,

CASE NO:    14-40327-KKS
CHAPTER 7

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

**COMES NOW**, Mary W. Colón ("Trustee"), and hereby certifies that a true copy of the Order Approving Application for Compensation to Special Counsel (Doc. 66), was served the date referenced below on all parties listed below and in the manner indicated:

<u>by first class U. S. Mail postage pre-paid, addressed to</u>:
Freddie L, Franklin, Sr., 43 Greenlin Villa Rd., Crawfordville, FL 32327

Helen Farmer Franklin,43 Greenlin Villa Rd., Crawfordville, FL 32327

Kathryn A. Hathaway, Esq., Hathaway Law Firm, P.O. Box 3005, Tallahassee, FL  32315-3005

Charles F. Edwards, Esq., Office Of The U. S. Trustee, 110 East Park Avenue, Suite 128, Tallahassee, FL 32301

*\*To reflect those parties served electronically, a copy of the courts Notice of Electronic Filing for the referenced Order is attached to this certificate.*

DATED:  October 5, 2015.

/s/ Mary W. Colón
Mary W. Colón
Chapter 7 Trustee
Smith, Thompson, Shaw,
    Minacci & Colón, PA
Post Office Box 14596
Tallahassee, FL 32317
Florida Bar No. 0184012
Telephone: (850) 241-0144
Facsimile: (850) 702-0735
trustee@marycolon.com

# Mary Colon

| | |
|---|---|
| **From:** | BKECF@flnb.uscourts.gov |
| **Sent:** | Thursday, October 01, 2015 11:19 AM |
| **To:** | FLNB_ECF_CourtMail@flnb.uscourts.gov |
| **Subject:** | 14-40327-KKS Order re Application for Compensation |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Northern District of Florida

Notice of Electronic Filing

The following transaction was received from Davis, Lisa entered on 10/1/2015 at 11:19 AM EDT and filed on 10/1/2015

**Case Name:** Freddie L Franklin, sr and Helen Farmer Franklin
**Case Number:** 14-40327-KKS
**Document Number:** 66

**Docket Text:**
Order Approving Application for Compensation (Re: [56]) signed on 10/1/2015 . (Davis, Lisa) Mary Colon shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\Documents\Orders\To Be Processed\Lisa\LDA 14-40327 Franklin fee ord (56) 9-28.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1042227419 [Date=10/1/2015] [FileNumber=6141536-0
] [7442a28d1c3c56eb9016bb921e6d6eade2caf32932bcd5c760b29d0a2666d3ff36d
b3fc61eda0639cdd8f91c64d38ba50e8d88c1068df6b372aedc8a1d20cb27]]

**14-40327-KKS Notice will be electronically mailed to:**

Garvin B. Bowden on behalf of Creditor CADC/RADC Venture 2011-1, LLC
garvin@gbwlegal.com

Mary W. Colon
trustee@marycolon.com, fl33@ecfcbis.com

1

Mary W. Colon on behalf of Trustee Mary W. Colon
mcolon@7trustee.net, fl33@ecfcbis.com

Kathryn A. Hathaway on behalf of Debtor Freddie L Franklin, sr
notices@hathawaylaw.net

Kathryn A. Hathaway on behalf of Joint Debtor Helen Farmer Franklin
notices@hathawaylaw.net

James E. Sorenson on behalf of Creditor FAMU Federal Credit Union
bk@wggdlaw.com, jsorenson@wggdlaw.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

**14-40327-KKS Notice will not be electronically mailed to:**

Bank of America, N.A.
Prober & Raphael
20750 Ventura Blvd
Suite 100
Woodland Hills, CA 91364

Gary A. Roberts & Associates
,

Sara Granger Henning
Keller Williams Town And County Realty
1520 Jukkearn Center Boulevard
Suite 100
Tallahassee, FL 32309

Smith, Thompson, Shaw, Minacci & Colon, P.A.
3520 Thomasville Rd., Fourth Floor
Tallahassee, FL 32309

Thomson, Brock, Luger & Company
Ann Marie Bachman
3375-G Capital Circle NE
Tallahassee, FL 32308